IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
JAMAR L. TRAVILLION,            )
                                )
     Plaintiff,                 )
                                )
         v.                     )  Civil Action No. 04-912
                                )  Judge Cercone
LT. LEON, et al.,               )  Magistrate Judge Caiazza
                                )  Doc. 24
                                )
     Defendants.                )
```

### ORDER

The Plaintiff's Motion to Enforce Discovery (Doc. 24) is DENIED, without prejudice. The Plaintiff may refile the Motion with a more specific discovery request by November 15, 2006. The original request should be served on the Defendants and a copy should be filed with the court.

October 26, 2005          s/Francis X. Caiazza
                          Francis X. Caiazza
                          U.S. Magistrate Judge

cc:
Jamar L. Travillion, 78951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Michael H. Wojcik, Esq.
Mike Adams, Esq.
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219