IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR L. TRAVILLION, | ) |
| | ) |
| Plaintiff, | ) 2:04cv912 |
| | ) **Electronic Filing** |
| v. | ) |
| | ) Judge Cercone |
| LT. LEON, | ) Magistrate Judge Caiazza |
| | ) |
| Defendant. | ) |

### MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on June 16, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report, filed on January 31, 2006, recommended that the Motion for Summary Judgment filed by the remaining Defendant, Lieutenant Leon, be granted.

Service was made on the Plaintiff by First Class United States Mail delivered to the Allegheny County Jail, Pittsburgh, Pennsylvania, where he is incarcerated and on the Defendant. Objections were filed by the Plaintiff on February 17, 2006.

After _de novo_ review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this \_\_\_16th\_\_\_ day of \_\_\_March\_\_\_, 2006,

IT IS ORDERED that the Motion for Summary Judgment filed by the remaining Defendant, Lieutenant Leon, is GRANTED.

The Report and Recommendation of Magistrate Judge Caiazza, (Document No. 44) dated January 31, 2006, is adopted as the opinion of the court.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
    United States Magistrate Judge

    Jamar L. Travillion
    Inmate No. 78951
    Allegheny County Jail
    950 Second Avenue
    Pittsburgh, PA 15219

    Michael H. Wojcik, Esquire
    Allegheny County Law Department
    300 Fort Pitt Commons
    445 Fort Pitt Boulevard
    Pittsburgh, PA 15219